JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAM GEER, | ) Case No. EDCV 09-163-DTB |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed.

DATED: March 4, 2010

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE